John R. Parker, Jr., SBN 257761
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone:   (916) 290-9400
Facsimile:   (916) 588-9330
Email:   jparker@cutterlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA RISSE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL PORTER, RIO LINDA ELVERTA RECREATION & PARK DISTRICT, FULTON – EL CAMINO RECREATION & PARK DISTRICT, COUNTY OF SACRAMENTO and DOES 1 through 75, inclusive, <br><br> Defendants. | Case No.  2:19-cv-00624-TLN-AC <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES** <br><br> Complaint Filed: April 11, 2019 <br> Judge: Hon. Troy L. Nunley |

Plaintiff LISA RISSE ("Plaintiff") and Defendants MICHAEL PORTER, RIO LINDA ELVERTA RECREATION & PARK DISTRICT, and FULTON – EL CAMINO RECREATION & PARK DISTRICT (collectively "Defendants"), by and through their counsel of record, hereby stipulate and request that the Court continue the trial date and pretrial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

WHEREAS, on October 8, 2018, Plaintiff submitted a Public Entity claim to Defendants MICHAEL PORTER, RIO LINDA-ELVERTA RECREATION & PARK DISTRICT, FULTON-EL CAMINO RECREATION & PARK DISTRICT, and the COUNTY OF SACRAMENTO.

1  WHEREAS, Plaintiff filed this case on April 11, 2019. [Docket No. 1];

2  WHEREAS, on April 12, 2019 the Court issued an initial Pretrial Scheduling Order,

3  which did not set a trial date but based the schedule on the date of the last answer to be filed in

4  this matter. [Docket No. 3];

5  WHEREAS, on June 19, 2019, Defendants COUNTY OF SACRAMENTO, MICHAEL

6  PORTER, RIO LINDA-ELVERTA RECREATION & PARK DISTRICT, and FULTON-EL

7  CAMINO RECREATION & PARK DISTRICT all moved to dismiss the Complaint. [Docket

8  Nos. 8 and 9];

9  WHEREAS, on July 10, 2019, Plaintiff filed her First Amended Complaint and Demand

10 for Jury Trial. [Docket No. 10];

11 WHEREAS, on July 24, 2019, Defendants moved to dismiss the First Amended

12 Complaint. [Docket No. 13-1 & 15];

13 WHEREAS, on February 18, 2020, the Parties filed their Joint Discovery Plan pursuant to

14 Rule 26(f) of the Federal Rules of Civil Procedure. [Docket No. 21];

15 WHEREAS, on March 18, 2020 the U.S. District Court of California, Eastern District,

16 including the Sacramento Division, published General Order 612 restricting Courthouse Access;

17 WHEREAS, on March 19, 2020, Governor Newsom declared a statewide shelter-in-place

18 protocol. (Executive Department, State of California, *Executive Order N-33-20*,

19 https://www.gov.ca.gov/wp-content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-

20 HEALTH-ORDER.pdf ).That same day, Sacramento County issued a "stay-at-home" order

21 stating non-essential businesses may continue operating, but employees would exclusively work

22 remotely. (Health Officer of the County of Sacramento, *Order of the Health Officer of the County*

23 *of Sacramento Directing all Individuals in the County to Stay at Home or at their Place of*

24 *Residence*,  March 19, 2002, https://www.saccounty.net/COVID-

25 19/Documents/20200319_HO_Signed_Stay_at_Home_Order.pdf);

26 WHEREAS, beginning on Monday, March 16, 2020, Plaintiff's office transitioned to

27 remote work, making many electronic record, hard copy records, and staffing resources

28 unavailable to date for counsel;

1  WHEREAS, on March 19, 2020, Sacramento County issued countywide COVID-19
2  shelter-in-place orders started to take effect;

3  WHEREAS, on March 24, 2020, the Court issued an Order with regards to Defendants'
4  Motions to Dismiss the First Amended Complaint and instructed Plaintiff to file a Second
5  Amended Complaint within 21 days of the Order. [Docket No. 24];

6  WHEREAS, on April 13, 2020, Plaintiff filed her Second Amended Complaint and
7  Demand for Jury Trial. [Docket No. 25];

8  WHEREAS, on April 27, 2020, Defendants MICHAEL PORTER, RIO LINDA-
9  ELVERTA RECREATION & PARK DISTRICT, AND FULTON-EL CAMINO RECREATION
10 & PARK DISTRICT filed their Answer to Plaintiff's Second Amended Complaint and Demand
11 for Jury Trial. [Docket No. 26];

12 WHEREAS, the COVID-19 pandemic has disrupted the operations of Plaintiff and of
13 counsel for both parties;

14 WHEREAS, because of the COVID-19 pandemic, the Parties will be further delayed in
15 their ability to complete all necessary discovery, including additional written discovery and the
16 depositions of Parties;

17 WHEREAS, in the seven months since Defendants filed their Answer to Plaintiff's
18 Second Amended Complaint, Plaintiff was deposed and Plaintiff's counsel conducted and
19 exchanged written discovery, met and conferred with Defense counsel with regards to production
20 of psychological records, propounded written discovery, and noticed Defendant MICHAEL
21 PORTER to appear for a deposition. Several more depositions may need to go forward based on
22 Defendant Porter's testimony and Plaintiff still has not received responses to Defendants
23 MICHAEL PORTER, RIO LINDA-ELVERTA RECREATION & PARK DISTRICT, AND
24 FULTON-EL CAMINO RECREATION & PARK DISTRICT's Responses to Plaintiff's
25 discovery. Parties will need additional time to complete discovery and said depositions;

26 WHEREAS, on December 7, 2020, Plaintiff filed an Unopposed Motion to Modify the
27 Pretrial and Discovery Schedule accompanied by a Memorandum of Points and Authorities and
28 Declaration of John R. Parker, Jr. [Docket No. 29, 29-1, 29-2];

WHEREAS, on December 8, 2020, the Court issued a Minute Order stating Plaintiff's Motion was submitted without oral argument and recommended that parties consider submitting a stipulation and proposed order to modify the schedule in place of the motion. [Docket No. 30];

WHEREAS, the Parties prefer to obtain a ruling from this Court in order to expedite receiving a response from the Court in modifying the pretrial and discovery schedule.

WHEREAS, there have been no prior requests for a continuance in this case. NOW, THEREFORE, based on the foregoing, the Parties by and through their counsel below, hereby stipulate to a continuance of the pretrial and discovery deadlines in this collective action for approximately sixty (60) days as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Discovery cutoff | December 23, 2020 | March 8, 2021 |
| Designation of expert witnesses cutoff | February 21, 2021 | May 7, 2021 |
| Supplemental expert witness disclosure cutoff | March 22, 2021 | June 6, 2021 |
| Last date to file dispositive motions | June 21, 2021 | September 4, 2021 |
| Joint Notice of Trial Readiness | April 22, 2021 | July 6, 2021 or 30 days after the ruling on dispositive motions |

Dated: December 15, 2020                                     CUTTER LAW P.C.

                                                             By:   /s/ John R. Parker, Jr.
                                                                   John R. Parker, Jr.

                                                             John R. Parker, Jr., SBN 257761
                                                             **CUTTER LAW P.C.**
                                                             401 Watt Avenue
                                                             Sacramento, CA 95864
                                                             Telephone:   (916) 290-9400
                                                             Facsimile:   (916) 588-9330
                                                             Email:       jparker@cutterlaw.com

                                                             *Attorney for Plaintiff*

/ / /

Dated: December 15, 2020

ANGELO, KILDAY & KILDUFF, LLP

By: /s/Derick E. Konz
Derick E. Konz

Derick E. Konz
Bruce A. Kilday
Garrett L. Seuell
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
Tel.: (916) 564-6100
Fax.: (916) 564-6263
Email: bkilday@akk-law.com
Email: Dkonz@akk-law.com
Email: gseuell@akk-law.com

*Attorneys for Defendants RIO LINDA ELVERTA RECREATION & PARK DISTRICT, FULTON-EL CAMINO RECREATION & PARK DISTRICT, and MICHAEL PORTER*

-5-
JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES

# **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order as follows:

1. The Parties stipulate to extending all pretrial and discovery deadlines by sixty (60) days as listed below:

| Event | Schedule | New Schedule |
|---|---|---|
| Discovery cutoff | December 23, 2020 | March 8, 2021 |
| Designation of expert witnesses cutoff | February 21, 2021 | May 7, 2021 |
| Supplemental expert witness disclosure cutoff | March 22, 2021 | June 7, 2021 |
| Last date to file dispositive motions | June 21, 2021 | September 7, 2021 |
| Joint Notice of Trial Readiness | April 22, 2021 | July 6, 2021 or 30 days after the ruling on dispositive motions |

**IT IS SO ORDERED.**

Dated:  December 15, 2020

Troy L. Nunley
United States District Judge