BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, S.B. #286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant RIO LINDA ELVERTA RECREATION & PARK DISTRICT, FULTON-EL CAMINO RECRETION & PARK DISTRICT, and MICHAEL PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RISSE,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL PORTER, et al.,<br><br>   Defendants. | Case No.: 2:19-cv-00624-TLN-AC<br><br>**STIPULATED AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request to modify the Pretrial Scheduling Order, good cause appearing therefore, as follows:

1. On December 16, 2020, the Court approved a Stipulation and Order to extend discovery and dispositive motion deadlines to allow additional time to complete discovery.  See ECF No. 32.

2. The modified scheduling order reset the fact discovery cutoff to March 8, 2021, the expert disclosure deadline to May 7, 2021, the supplemental expert disclosure deadline to June 7, 2021, the dispositive motion filing deadline to September 7, 2021, and the joint notice of trial readiness to July 6, 2021 or 30 days after the ruling on dispositive motions.  ECF No. 32.

3.  Fact discovery is now complete and the parties have been engaged in negotiation

regarding settlement and the narrowing of disputed issues. The parties intend to continue negotiation, but are facing the expert disclosure deadline in approximately 30 days. The parties wish to preserve the time and expense involved in expert disclosures while negotiation regarding settlement and the narrowing of disputed issues continue; time and expense that is likely to make settlement more difficult as the parties become more entrenched in the litigation process.

4. As such, the parties hereby stipulate and request an Order modifying the pretrial scheduling order as follows:

| Event | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| Deadline to disclose expert witnesses | May 7, 2021 | July 7, 2021 |
| Supplemental expert witness disclosure deadline | June 7, 2021 | August 9, 2021 |
| Deadline to file dispositive motions | September 7, 2021 | November 8, 2021 |
| Joint Notice of Trial Readiness | July 6, 2021 or 30 days after the ruling on dispositive motions | September 9, 2021 or 30 days after the ruling on dispositive motions |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 5, 2021                        CUTTER LAW P.C.

                                             /s/ John R. Parker, Jr. (as authorized on 4/5/21)
                                        By:_____
                                             JOHN R. PARKER, JR.
                                             Attorneys for Plaintiff

Dated:  April 5, 2021                        ANGELO, KILDAY & KILDUFF, LLP
                                             /s/ Derick E. Konz
                                        By:_____
                                             DERICK E. KONZ
                                             Attorneys for Defendants

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Order and modifies the scheduling order as follows:

| Event | Previous Schedule | New Schedule |
| --- | --- | --- |
| Deadline to disclose expert witnesses | May 7, 2021 | July 7, 2021 |
| Supplemental expert witness disclosure deadline | June 7, 2021 | August 9, 2021 |
| Deadline to file dispositive motions | September 7, 2021 | November 8, 2021 |
| Joint Notice of Trial Readiness | July 6, 2021 or 30 days after the ruling on dispositive motions | September 9, 2021 or 30 days after the ruling on dispositive motions |

**IT IS SO ORDERED.**

Dated:   April 5, 2021

Troy L. Nunley
United States District Judge